Kevin T. Simon - SBN 180967
SIMON RESNIK HAYES LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
Telephone: (818) 783-6251
Facsimile: (818) 783-6253
Email: kevin@srhlawfirm.com

Attorney for Debtor,
Emily Ann Bayley

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EMILY ANN BAYLEY,<br><br>        Debtor(s). | CHAPTER   13<br>CASE NO.:   1:14-bk-10868-VK<br><br>**MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500.00 BE AWARDED TO THE DEBTOR; DECLARATIONS IN SUPPORT THEREOF**<br><br>DATE:  June 3, 2014<br>TIME:  1:30 p.m.<br>CTRM:  301<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367 |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE, AND INTERESTED PARTIES:

Emily Ann Bayley (hereinafter "Debtor") hereby submits the following Motion for Intentional Violation of the Automatic Stay Against The Best Service Co., Inc., its Successors and/or Assigns (hereinafter "Creditor"); Request Levy Be Released and Attorney Fees in the Amount of $2,500.00 be awarded to the Debtor as follows:

## I.    STATEMENT OF FACTS

The Debtor filed the instant case on February 20, 2014.  The Debtor owns real property located at 1466 Calle Morera, Thousand Oaks, CA  91360 (hereinafter "Property").  Prior to the filing of the instant case, Creditor was awarded a judgment in State Court against the Debtor.  Creditor subsequently recorded a judgment lien on or about April 5, 2012.  (Attached to the Declaration of Kevin T. Simon as Exhibit "A" is a true and correct copy of the recorded judgment lien.).  On or about January 2014, Creditor also filed a Notice of Levy with the Los Angeles County Sheriff's Department (hereinafter "Sheriff's Department").  (Attached to the Declaration of Kevin T. Simon as Exhibit "B" is a true and correct copy of the Notice of Levy.).

On or about February 20, 2014, SIMON RESNIK HAYES LLP (hereinafter SRH), counsel for Debtor, notified both the Sheriff's Department and Creditor of the Debtor's instant bankruptcy via facsimile and provided a copy of the Notice of Bankruptcy Filing. In accordance with federal bankruptcy law, SRH requested that the Creditor's levy be released in order to avoid violation of the automatic stay.  (Attached to the Declaration of Kevin T. Simon as Exhibit "C" are true and correct copies of the February 20, 2014 facsimile correspondence with attached documents.).

On or about March 18, 2014, SRH filed a Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) Creditor's lien (hereinafter "522(f) Motion").  On or about April 15, 2014, the 522(f) Motion was granted, voiding Creditor's lien.

On or about April 9, 2014, SRH contacted the Sheriff's Department with regard to the levy and release of funds totaling $4,000.00 currently being held.  The Sheriff's Department informed SRH that Creditor failed to release the levy.  (See Declaration of Maria Escobar).  On or about April 15, 2014, SRH sent the Sheriff's Department a copy of the Order granting the 522(f) Motion in an effort to release the levy.  (Attached to the Declaration of Kevin T. Simon as Exhibit "D" is a true and correct copy of the April 15, 2014 facsimile correspondence with attached documents.).  On or about April 16, 2014, SRH contacted the Sheriff's Department regarding the Order on the Motion, wherein the Sheriff's Department advised that they would only return the funds to the Debtor upon release of the levy by Creditor. (See Declaration of Maria Escobar).

On or about April 22, 2014, SRH contacted the Creditor's counsel, The Law Offices of Clark Garen, advising that they had knowingly violated the automatic stay and requested that the levy be released in accordance with federal bankruptcy law. However, SRH was advised by Garen's office that they would not instruct the Sheriff's Department to release the levy. (See Declaration of Maria Escobar)

Moreover, on or about April 22, 2014, SRH sent a letter to Creditor's attorney, Clark Garen, a letter advising that they had violated the Automatic Stay and demanded that the levy be released within 48 hours. (Attached to the Declaration of Kevin T. Simon as Exhibit "E" is a true and correct copy of the April 22, 2014 correspondence to Mr. Garen.).

On or about April 22, 2014, Mr. Garen provided SRH with a response letter advising that Creditor had no authority to instruct the Sheriff's Department to release the funds and that Creditor was not in violation of the automatic stay. (Attached to the Declaration of Kevin T. Simon as Exhibit "F" is a true and correct copy of the April 22, 2014 correspondence from Mr. Garen.).

SRH has made numerous requests and attempts to have Creditor release the levy in order for the Sheriff's Department to return the funds to the Debtor, however, to date, Creditor has refused to cooperate. Accordingly, the Debtor was left with no other option but to file the instant Motion.

## II.    ARGUMENT

### A. CREDITOR IS IN VIOLATION OF THE AUTOMATIC STAY

The automatic stay is one of the fundamental debtor protections provided by the bankruptcy laws. Under Section 362(a), the filing of a bankruptcy petition operates as a stay that protects the debtor and the property of the estate. The automatic stay stops all collection efforts, foreclosure actions, acts to obtain possession of property, harassment, prevents creditors from the satisfying their claims to the detriment of other creditors, and <u>any act to create, perfect, or enforce any liens against property of the estate</u>.

11. U.S.C. Section 362 states that a bankruptcy petition filed operates as a stay, applicable to all entities, of—

---

…

(2) the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement
of the case under this title;

(3) any act to obtain possession of property of the estate or of
property from the estate or to exercise control over property of
the estate;

(4) any act to create, perfect, or enforce any lien against property
of the estate;

(5) any act to create, perfect, or enforce against property of the
debtor any lien to the extent that such lien secures a claim that
arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the Debtor that arose
before the commencement of the case…

In the instant case, Creditor's levy is in direct violation of the Automatic Stay.
SRH has made requests and attempts to have Creditor release the levy in order for the
Sheriff's Department to return the funds to the Debtor, however, Creditor has blatantly
refused to cooperate.

## B.    THE FUNDS TOTALING $4,000.00 ARE PROPERTY OF THE ESTATE.

The Debtor filed the instant case on February 20, 2014.  Prior to the filing of the
instant case, Creditors was awarded a judgment in State Court against the Debtor. A
Notice of Levy was subsequently filed and funds in the amount of $4,000.00 had been
garnished, but had not been disbursed by the Sheriff's Department.    Despite
correspondence and communication with Creditor's counsel to release the levy, they
refuse to do so.

Pursuant to 11 U.S.C. § 541(a)(2)(B), "property of the estate is compromised of
all of the following property, wherever located and by whomever held: All interests of the
Debtor and the Debtor's spouse in community property as of the commencement of the

case that is - liable for an allowable claim against the Debtor, or for both an allowable claim against the Debtor and an allowable claim against the Debtor's spouse, to the extent that such interest is so liable."

In the instant case, funds totaling $4,000.00 were disbursed to the Sheriff's Department and are currently being held pending release instructions from the Creditor. The funds disbursed are property of the Bankruptcy Estate and must therefore be turned over to the Debtor as a matter of law.  However, the funds cannot be returned to the Debtor as the Creditor refuses to release the levy, thereby enabling the Sheriff's Department to do so.

### C.    THE DEBTOR IS ENTITLED TO ATTORNEYS' FEES.

An individual injured by any willful violation of a stay provided by this section shall recover actual damages, including attorneys' fees, and, in appropriate circumstances, may recover punitive damages. 11 U.S.C. §362(k).

Any deliberate act taken in violation of a stay the actor knows to be in existence justifies an award of actual damages, an additional finding of maliciousness or bad faith warrants the further imposition of punitive damages. In re Crysen/Montenay Energy Co., 902 F.2d 1098 (2d Cir. 1990).

In the instant case, the Creditor was aware of the automatic stay, but chose to violate it based on their assumption that they no authority to instruct the Sheriff's Department to release the funds and were not in violation of the automatic stay, resulting in the filing of the instant Motion and the incurring of attorneys' fees and costs to the Debtor.

///
///
///
///
///
///
///

## III.    CONCLUSION

Based on the foregoing facts, and the statutory and decisional authority, it is respectfully requested that the Court finds the Creditor to be in violation of the automatic stay, order Creditor to release the levy immediately and request the Debtor be awarded attorneys' fees of $2,500.00, or in an amount the court deems just and proper.

DATED:  April 28, 2014

By: _____
        Kevin T. Simon, Esq.
        Attorney for Debtor
        Emily Ann Bayley

## DECLARATION OF KEVIN T. SIMON IN SUPPORT OF MOTION

I, Kevin T. Simon, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements:

1.      SIMON RESNIK HAYES LLP, represents the Debtor, Emily Ann Bayley, Case Number: 1:14-bk-10868-VK, which was filed on February 20, 2014.

2.      The Debtor owns real property located at 1466 Calle Morera, Thousand Oaks, CA 91360.

3.      Prior to the filing of the instant case, Creditor was awarded a judgment in State Court against the Debtor.  Creditor subsequently recorded a judgment lien on or about April 5, 2012.  (Attached hereto as Exhibit "A" is a true and correct copy of the recorded judgment lien.).

4.      On or about January 2014, Creditor filed a Notice of Levy with the Los Angeles County Sheriff's Department.  (Attached hereto as Exhibit "B" is a true and correct copy of the Notice of Levy.).

5.      On or about February 20, 2014, my office notified both the Sheriff's Department and Creditor of the Debtor's instant bankruptcy via facsimile and provided a copy of the Notice of Bankruptcy Filing.  In accordance with federal bankruptcy law, my office requested that the Creditor's levy be released in order to avoid violation of the automatic stay.  (Attached hereto as Exhibit "C" are true and correct copies of the February 20, 2014 facsimile correspondence with attached documents.).

6.      On or about March 18, 2014, my office filed a Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) Creditor's lien.  On or about April 15, 2014, the 522(f) Motion was granted, voiding Creditor's lien.

7.      On or about April 9, 2014, my office contacted the Sheriff's Department with regard to the levy and release of funds totaling $4,000.00 currently being held.  The Sheriff's Department informed my office that Creditor failed to release the levy.  (See Declaration of Maria Escobar).

8.      On or about April 15, 2014, my office sent the Sheriff's Department a copy of the Order granting the 522(f) Motion in an effort to release the levy. (Attached hereto as Exhibit "D" is a true and correct copy of the April 15, 2014 facsimile correspondence with attached documents.).

9.      On or about April 16, 2014, my office contacted the Sheriff's Department regarding the Order on the Motion, wherein the Sheriff's Department advised that they would only return the funds to the Debtor upon release of the levy by Creditor. (See Declaration of Maria Escobar).

10.      On or about April 22, 2014, my office contacted the Creditor's counsel, The Law Offices of Clark Garen, advising that they had knowingly violated the automatic stay and requested that the levy be released in accordance with federal bankruptcy law. However, SRH was advised by Garen's office that they would not instruct the Sheriff's Department to release the levy. (See Declaration of Maria Escobar)

11.      Moreover, on or about April 22, 2014, my office sent a letter to Creditor's attorney, Clark Garen, a letter advising that they had violated the Automatic Stay and demanded that the levy be released within 48 hours. (Attached hereto as Exhibit "E" is a true and correct copy of the April 22, 2014 correspondence to Mr. Garen.).

12.      On or about April 22, 2014, Mr. Garen provided my office with a response letter advising that Creditor had no authority to instruct the Sheriff's Department to release the funds and that Creditor was not in violation of the automatic stay. (Attached hereto as Exhibit "F" is a true and correct copy of the April 22, 2014 correspondence from Mr. Garen.).

13.      My office has made numerous requests and attempts to have Creditor release the levy in order for the Sheriff's Department to return the funds to the Debtor, however, to date, Creditor has refused to cooperate.

14.      Creditor's actions directly resulted in the filing of the instant Motion on behalf of the Debtor and incurring of attorneys' fees and costs.

///

///

///

1    I declare under penalty of perjury under the laws of the State of California and

2  United States that the foregoing is true and correct.

3

4    Executed on April 28, 2014, at Sherman Oaks, California.

5

6

7                                                              Kevin T Simon

### DECLARATION OF MARIA ESCOBAR IN SUPPORT OF MOTION

I, Maria Escobar, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements:

1.      I am employed by the Law Offices of SIMON RESNIK HAYES LLP., located at 15233 Ventura Blvd., Suite 250, Sherman Oaks, CA  91403.

2.      On or about April 9, 2014, I contacted the Sheriff's Department with regard to the levy and release of funds totaling $4,000.00 currently being held.  The Sheriff's Department informed me that Creditor failed to release the levy.

3.      On or about April 22, 2014, I contacted the Creditor's counsel, The Law Offices of Clark Garen, advising that they had knowingly violated the automatic stay and requested that the levy be released in accordance with federal bankruptcy law. However, I was advised by Garen's office that they would not instruct the Sheriff's Department to release the levy.

I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Executed on April 28, 2014, at Sherman Oaks, California.

Maria Escobar

EXHIBIT "A"

RECORDING REQUESTED BY

THE BEST SERVICE CO.
10780 SANTA MONICA BLVD #140
LOS ANGELES, CA 90025

11419905/L13

WHEN RECORDED MAIL TO

NAME LAWRENCE & LAWRENCE, A LAW
CORP.

MAILING 10780 SANTA MONICA BLV
ADDRESS SUITE 140

CITY, STATE LOS ANGELES, CA
ZIP CODE 90025



20120405-00063186-0 1/3
Ventura County Clerk and Recorder
MARK A. LUNN
04/05/2012 12:37:33 PM
602893 $33.00 C0

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

LIEN NOTICE MAILED

ABSTRACT OF JUDGMENT--CIVIL AND SMALL CLAIMS

THE BEST SERVICE CO VS EMILY A BAYLEY-LEGUIRE

VENTURA COUNTY

Legal
Solutions
Plus    LS-201

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):

Recording requested by and return to:

GREG LAWRENCE, ESQ. SBN 82243
LAWRENCE & LAWRENCE, A LAW CORP.
10780 SANTA MONICA BLVD., STE 140
LOS ANGELES, CA 90025

3104770471X162

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  VENTURA
STREET ADDRESS: 800 SO. VICTORIA AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: THE BEST SERVICE CO. INC.

DEFENDANT: EMILY A BAYLEY-LEQUIRE;

CASE NUMBER:
56-2011-00397702-CL-CL-VTA

FOR COURT USE ONLY

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] Amended

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   ```
   EMILY A BAYLEY-LEQUIRE;
   1466 CALLE MORERA
   THOUSAND OAKS CA 91360
   ```

   Lien notice mailed to debtor at address shown. Gov't Code 27297.5

   b. Driver's license no. (last 4 digits) and state: [X] Unknown
   c. Social security no. (last 4 digits): 7337    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address): EMILY A BAYLEY-LEQUIRE;
                          1466 CALLE MORERA
                          THOUSAND OAKS CA 91360

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   THE BEST SERVICE CO. INC. 10780 SANTA MONICA
   BLVD., SUITE 140  LOS ANGELES CA 90025

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 12-13-011

GREG LAWRENCE
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 12,806.34

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 08-22-11
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       (date):

12. a. [X] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date):
JAN 10 2012

Clerk, by MICHAEL D. PLANET, Deputy
JULIA A. ACOSTA

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: THE BEST SERVICE CO. INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: EMILY A BAYLEY-LEQUIRE; | 56-2011-00397702-CL-CL |

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13.  Judgment creditor *(name and address):*       14.  Judgment creditor *(name and address):*

15. [ ] Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.          Name and last known address        17.          Name and last known address

Driver's license no. [last 4 digits]
and state:                                    [ ] Unknown
Social security no. [last 4 digits]:          [ ] Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:                                    [ ] Unknown
Social security no. [last 4 digits]:          [ ] Unknown
Summons was personally served at or mailed to *(address):*

18.          Name and last known address        19.          Name and last known address

Driver's license no. [last 4 digits]
and state:                                    [ ] Unknown
Social security no. [last 4 digits]:          [ ] Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:                                    [ ] Unknown
Social security no. [last 4 digits]:          [ ] Unknown
Summons was personally served at or mailed to *(address):*

20. [ ] Continued on Attachment 20.

EXHIBIT "B"

Attorney or Party without Attorney:          For Recorder's use only
LAW OFFICES OF CLARK GAREN

6700 S CENTINELA AVE 3RD FL.
CULVER CITY, CA 90230
TEL: (310) 391-0800  310.636.4771

| SUPERIOR COURT | 56100 | Levying Officer: |
| | | Sheriff's Department |
| 800 S. VICTORIA AVENUE | | Los Angeles County |
| VENTURA, CA 93003 | | 1427 WEST COVINA PKWY., RM 127 |
| | | WEST COVINA, CA 91790 |
| Plaintiff: THE BEST SERVICE CO | | TEL: (626) 813-3255 |
| Defendant: BAYLEY-LEQUIRE, EMILY A | | 644.338.6547 |

Notice of levy - under writ of:   COURT CASE 56 2011 00197702 CL-CL-VTA
( X ) Execution (Money Judgment)
(    ) Sale                                   Levy.Ofcr File No. 1301401220024

TO THE PERSON NOTIFIED:
BANK OF AMERICA
BAYLEY-LEQUIRE, EMILY A          GARNISHEE
1466 CALLE MORERA               JUDGMENT DEBTOR
THOUSAND OAKS, CA 91360

1. The judgment creditor seeks to levy upon property in which the judgment
   debtor has an interest and apply it to the satisfaction of a judgment
   as follows:
   A. Judgment Debtor:
      BAYLEY-LEQUIRE, EMILY A , an Individual

   B. The property to be levied upon is described:
      (   ) In the accompanying Writ of Possession or Writ of Sale
      ( X ) As follows:
            LEVY ON ANY AND ALL ACCTS. STANDING IN THE NAME OF JUDGMENT
            DEBTOR SSN 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, INCLUDING BUT NOT LIMITED TO
            ACCT# 002474440431

2. THE AMOUNT NECESSARY TO SATISFY THE JUDGMENT CREDITOR'S JUDGMENT IS
   $ 15179.38    PLUS $ 3.53    INTEREST PER DAY FROM 01/23/14 TO DATE OF
   SERVICE.

   (READ INFORMATION FOR JUDGMENT DEBTOR OR INFORMATION FOR PERSON OTHER THAN
   JUDGMENT DEBTOR ON ATTACHED SHEET.)
===============================================================================
Notice of Levy was  (   ) Mailed   on: 4/12/14   (   ) Delivered on: __/__/__
                    (   ) Posted   on: __/__/__   (   ) Filed    on: __/__/__
                    (   ) Recorded on: __/__/__

                                                 LEROY D. BACA, SHERIFF
                              By: _____
                                                 D. VARGAS, Deputy

                    NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)
76N512 PRD 11-85
Form approved by the
Judicial Council of California
EJ-150 (Rev. January 1, 1985)
MA1LP50                                                    CCP 699.540

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## NOTICE OF BANKRUPTCY PROCEDURES

CREDITOR'S ATTORNEY OR CREDITOR WITHOUT ATTORNEY
LAW OFFICES OF CLARK GAREN

6700 S CENTINELA AVE 3RD FL
CULVER CITY, CA 90230


BANKRUPTCY TRUSTEE, DEBTOR-IN-POSSESSION
ELIZABETH (SV) F. ROJAS (TR)
NOBLE PROFESSIONAL CENTER
15060 VENTURA BLVD STE. 240
SHERMAN OAKS, CA 91403


DEBTOR'S ATTORNEY OR DEBTOR WITHOUT AN ATTORNEY
BAYLEY-LEQUIRE, EMILY A
C/O KEVIN T.SIMON ATTY
15233 VENTURA BLVD STE. 250
SHERMAN OAKS, CA 91403


| STATE COURT | BANKRUPTCY COURT |
|---|---|
| SUPERIOR COURT | Name: US BANKRUPTCY CENTRAL DISTRICT |
| 800 S. VICTORIA AVENUE | Bankruptcy Case No.: 1:14BK10868VK |
| Plaintiff: THE BEST SERVICE CO | Bankruptcy Chapter : C13 |
| Defendant: BAYLEY-LEQUIRE, EMILY A | Date Petition Filed In Court: 02/20/14 |
| Case: 56-2011-00397702-CL-CL-VTA | 341 Meeting Date: 04/16/14 |

Pursuant to a writ of execution, the Sheriff levied on the property of the
judgment debtor as follows:
We are currently holding $4000.00.


The judgment debtor subsequently filed the above petition in bankruptcy.
Future levies are stayed by the automatic stay as provided by 11 USC 362(a).
As a custodian in possession of property of the debtor's bankruptcy estate,
notice is hereby given to the above parties that, unless otherwise ordered by
bankruptcy court:
1. Upon the request of the trustee, the Sheriff will turn over the above
   property to the above trustee no earlier than five days after the first
   meeting of creditors (341 meeting).
2. If the trustee declines to accept the turnover of the property or if there
   is no trustee appointed, the Sheriff will transfer the property to the
   judgment creditor after the automatic stay is terminated.


Judgment Creditor: If you oppose the Sheriff turning over the property to the
trustee, you must obtain a bankruptcy court order directing otherwise.


MA1SU51 (1/2)

Judgment Debtor: If you seek the return of the property, you must obtain a bankruptcy court order directing the Sheriff to return the property to you. Unless the Sheriff's Department receives an Order Avoiding Lien or court order directing otherwise, the Sheriff will transfer or sell the property to the judgment creditor after the automatic stay is terminated.


Bankruptcy Trustee: Upon your request, the property will be turned over to you, unless the bankruptcy court orders otherwise. The Sheriff will pay any storage costs up to and including the date the property is turned over to you. Thereafter, you are responsible for storage and handling costs. If, after receving the property, you subsequently abandon the property to the debtor, please deliver the property to debtor rather than the Sheriff.

Mailing Date: 02/20/14                      JOHN L. SCOTT, SHERIFF
Sheriff's Office:                      By: _____
1427 WEST COVINA PKWY., RM 127              ROSARIO F VILLELA, DEPUTY
WEST COVINA, CA 91790                       Levying Officer

EXHIBIT "C"

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 02–20–2014 | 11:14:34 a.m. | Transmit Header Text | |
| Local ID 1 | 818 285 0104 | | Local Name 1 | Simon Resnik Hayes LLP |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

SIMON RESNIK HAYES LLP

---

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| BK DEPARTMENT | Pita Diaz |
| COMPANY: | DATE: |
| Law Offices of Clark Garen | FEBRUARY 10, 2014 |
| FAX NUMBER | TOTAL NO. OF PAGES INCLUDING COVER: |
| 310.636.4771 | 3 |
| PHONE NUMBER | SENDER'S REFERENCE NUMBER |
| 310.391.0800 | |
| RE: | YOUR REFERENCE NUMBER |
| Emily Ann Bayley | 1:14-bk-10868-VK |
| 1466 Calle Morera | |
| Thousand Oaks, CA 91360 | |
| Case:56-2011-00397702-CL-CL-VTA | |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

A Chapter 13 bankruptcy has been filed for the above referenced Debtor.
Attached is a copy of the front page of the voluntary petition.

Please ensure the appropriate steps are followed so that the Automatic stay will not be violated.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

Pita Diaz
Assistant to Attorney Kevin T. Simon
Simon Resnik Hayes LLP

Amy Bavend

SIMON RESNIK HAYES LLP
15233 VENTURA BLVD STE 250
SHERMAN OAKS, CALIFORNIA 91403
T: 818-783-6251
F: 818-783-6253
KEVIN@SRHLAWFIRM.COM

---

Total Pages Scanned : 3          Total Pages Confirmed : 3

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 880 | 13106364771 | 11:11:26 a.m. 02–20–2014 | 00:02:38 | 3/3 | 1 | EC | HS | CP9600 |

Abbreviations:
| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 02–20–2014 | 11:19:40 a.m. | Transmit Header Text | |
| Local ID 1 | 818 285 0104 | | Local Name 1 | Simon Resnik Hayes LLP |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

SIMON RESNIK HAYES LLP

PACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: BK DEPARTMENT | FROM: Pita Diaz |
| COMPANY Sheriff Dept. LA County | DATE FEBRUARY 10, 2014 |
| FAX NUMBER 626.338.6347 | TOTAL NO. OF PAGES INCLUDING COVER 3 |
| PHONE NUMBER 626.813.3255 | SENDER'S REFERENCE NUMBER |
| RE: Emily Ann Bayley<br>1466 Calle Morera<br>Thousand Oaks, CA 91360<br>Case:56-2011-00397702-CL-CL-VTA | YOUR REFERENCE NUMBER 1-14-bk-10868-VK |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

A Chapter 13 bankruptcy has been filed for the above referenced Debtor.
Attached is a copy of the front page of the voluntary petition.

Please ensure the appropriate steps are followed so that the Automatic stay will not be violated.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

Pita Diaz
Assistant to Attorney Kevin T. Simon
Simon Resnik Hayes LLP

SIMON RESNIK HAYES LLP
15233 VENTURA BLVD STE 250
SHERMAN OAKS, CALIFORNIA 91403
T: 818-783-6251
F: 818-783-6253
KEVIN@SRHLAWFIRM.COM

Total Pages Scanned : 3          Total Pages Confirmed : 3

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 879 | 6263386347 | 11:11:03 a.m. 02–20–2014 | 00:01:22 | 3/3 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send          PL: Polled local          MP: Mailbox print          CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote         RP: Report                 FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save          FF: Fax Forward            TU: Terminated by user EC: Error Correct

```
| Attorney or Party without Attorney:     | FOr Recorder's use only     |
| LAW OFFICES OF CLARK GAREN               |                             |
|                                          |                             |
| 6700 S CENTINELA AVE 3RD FL.             |                             |
| CULVER CITY, CA 90230                    |                             |
| TEL: (310) 391-0800  310.636.4771        |                             |
|                                          |                             |
|                                          |                             |
|------------------------------------------|-----------------------------|
| SUPERIOR COURT              56100        | Levying Officer:            |
|                                          | Sheriff's Department        |
| 800 S. VICTORIA AVENUE                   | Los Angeles County          |
| VENTURA, CA 93003                        | 1427 WEST COVINA PKWY., RM 127 |
|------------------------------------------| WEST COVINA, CA 91790       |
| Plaintiff: THE BEST SERVICE CO           | TEL: (626) 813-3255         |
| Defendant: BAYLEY-LEQUIRE, EMILY A       |    646.338.6347             |
|------------------------------------------|-----------------------------|
| Notice of levy - under writ of:   COURT CASE 56 2011 00197702 CL-CL-VTA |
| ( X ) Execution (Money Judgment)         |                             |
| (   ) Sale                               | Levy.Ofcr.File No   JJ01401220024 |
```

TO THE PERSON NOTIFIED:
BANK OF AMERICA                    GARNISHEE
BAYLEY-LEQUIRE, EMILY A            JUDGMENT DEBTOR
1466 CALLE MORERA
THOUSAND OAKS, CA 91360

1. The judgment creditor seeks to levy upon property in which the judgment
   debtor has an interest and apply it to the satisfaction of a judgment
   as follows:
   A. Judgment Debtor:
      BAYLEY-LEQUIRE, EMILY A , an Individual

   B. The property to be levied upon is described:
      (   ) In the accompanying Writ of Possession or Writ of Sale
      ( X ) As follows:
            LEVY ON ANY AND ALL ACCTS. STANDING IN THE NAME OF JUDGMENT
            DEBTOR SSN 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, INCLUDING BUT NOT LIMITED TO
            ACCT# 002474440431

2. THE AMOUNT NECESSARY TO SATISFY THE JUDGMENT CREDITOR'S JUDGMENT IS
   $ 15179.38     PLUS $ 3.53     INTEREST PER DAY FROM 01/23/14 TO DATE OF
   SERVICE.

   (READ INFORMATION FOR JUDGMENT DEBTOR OR INFORMATION FOR PERSON OTHER THAN
   JUDGMENT DEBTOR ON ATTACHED SHEET.)
==================================================================================
Notice of Levy was  (  ) Mailed   on: 4/12/14  (  ) Delivered on: __/__/__
                     (  ) Posted   on: __/__/__  (  ) Filed     on: __/__/__
                     (  ) Recorded on: __/__/__

                                                  LEROY D. BACA, SHERIFF
                           By: _____
                                                  D. VARGAS, Deputy

                NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)

76N512 PRD 11-85
Form approved by the
Judicial Council of California
EJ-150 (Rev. January 1, 1985)                              CCP 699.540
MA1LP50

2/20/2014                           CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

United States Bankruptcy Court
Central District Of California

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 13 of the United States Bankruptcy Code, entered on
02/20/2014 at 10:53 AM and filed on 02/20/2014.

**Emily Ann Bayley**
1466 Calle Morera
Thousand Oaks, CA 91360
SSN / ITIN: xxx-xx-7337
*aka* **Emily Ann Bayley-Lequire**
*aka* **Emily A Bayley-Lequire**

FILED
02/20/2014
10:53 AM

The case was filed by the debtor's attorney:        The bankruptcy trustee is:

**Kevin T Simon**                                    **Elizabeth (SV) F Rojas (TR)**
Simon Resnik Hayes LLP                               Noble Professional Center
15233 Ventura Blvd Ste 250                           15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403                               Sherman Oaks, CA 91403
818-783-6251                                         818-933-5700

The case was assigned case number 1:14-bk-10868-VK to Judge Victoria S. Kaufman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist
at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell
Clerk, U.S. Bankruptcy
Court**

EXHIBIT "D"

SIMON RESNIK HAYES LLP

---

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>El Maria  Jibe | FROM:<br>Maria Escobar |
|---|---|
| COMPANY<br>Sheriff's Department – West Covina | DATE<br>APRIL 15, 2014 |
| FAX NUMBER<br>626-338-6347 | TOTAL NO. OF PAGES INCLUDING COVER<br>6 |
| PHONE NUMBER<br>626-813-3255 | SENDER'S REFERENCE NUMBER |
| RE:<br>The Best Service Co vs. Emily A. Bayley-Lequire<br>Case#: 56-2011-00397702-CL-CL-VTA<br>Levy Officer File #: 330140220024 | YOUR REFERENCE NUMBER<br>1:14-bk-10868-VK |

☐ URGENT    ☑ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS

Enclosed please find the Order Granting Motion to Avoid Lien for the above referenced.
Please return all monies in your possession back to Defendant/Debtor Emily Ann Bayley
Lequire.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

Maria Escobar
Assistant to Kevin T. Simon, Esq.

SIMON RESNIK HAYES LLP
15233 VENTURA BLVD., SUITE 250
SHERMAN OAKS, CALIFORNIA 91403
T: 818-783-6251
F: 818-783-6253
KEVIN@SRHLAWFIRM.COM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon, Esq. - SBN 180967<br>SIMON RESNIK HAYES LLP<br>Attorneys At Law<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA  91403<br>Tel: (818) 783-6251<br>Fax: (818) 783-6253<br>E-mail: kevin@srhlawfirm.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Debtor(s) | **FILED & ENTERED**<br><br>**APR 15 2014**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Ogler     DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>EMILY ANN BAYLEY | CASE NO.:  13 |
|---|---|
| | CHAPTER: 1:14-bk-10868-VK |
| | **ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒  No hearing held<br>☐  Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
| Debtor(s). | |

| Creditor Holding Lien to be Avoided: _The Best Service Co., Inc., its Successors and/or Assigns_ |
|---|

The Motion was:      ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐  Notice of this Motion complied with LBR 9013-1(d).

2. ☒  Notice of this Motion complied with LBR 9013-1(o).

   a. ☒  There was no opposition and request for hearing.

   b. ☐  Hearing requested and held as indicated in the caption.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  The real property to which this order applies is as follows:

a.  Street address:     1466 Calle Morera, Thousand Oaks, CA 91360

Legal description:      Lot 51 in Tract No 1079, in the City of Thousand Oaks,
                        County of Ventura, State of California, as per map recorded
                        in book 27 page 79 of maps

                                                                            ☒ See attached page

4.  Recording information regarding lien to be avoided:

a.  Date of recordation of lien:    4/5/2012

b.  Recorder's instrument number or map/book/page number: 20120405-00063186-0 1/3

5.  ☒ Motion granted:

a.  ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled
       under 11 U.S.C. § 522(d)

b.  ☒ The judicial lien is hereby declared void and unenforceable:

   (1) ☒ In its entirety

   (2) ☐ In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and

6.  ☐ Motion denied on the following grounds:        ☐ with prejudice    ☐ without prejudice

a.  ☐ Insufficient notice

b.  ☐ Insufficient evidence of the exempt status of the property in question

c.  ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

d.  ☐ Insufficient evidence of fair market value.

e.  ☐ Motion is incomplete.

f.  ☐ Other (*specify*):

//

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

7. ☐ The court further orders as follows (*specify*):
   ☐ See attached page

###

Date: April 15, 2014

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 3                          F 4003-2.1.AVOID.LIEN.RP.ORDER

EXHIBIT "A"

**Legal Description**

All that certain real property in the County of VENTURA, State of California, described as follows:

LOT 51, TRACT NO. 1079, IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE 79 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘
                                    TIME  : 04/15/2014 14:38
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROE2J370117
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME          04/15  14:37                              │
│   FAX NO./NAME       16263386347                               │
│   DURATION           00:00:44                                  │
│   PAGE(S)            06                                        │
│   RESULT             OK                                        │
│   MODE               STANDARD                                  │
│                      ECM                                       │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

# SIMON RESNIK HAYES LLP

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: levying Officer | FROM: Maria Escobar |
| COMPANY: Sheriff's Department – West Covina | DATE: APRIL 15, 2014 |
| FAX NUMBER: 626-338-6347 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| PHONE NUMBER: 626-813-3255 | SENDER'S REFERENCE NUMBER: |
| RE: The Best Service Co vs. Emily A. Bayley-Lequire Case#: 56-2011-00397702-CL-CL-VTA Levy Officer File #: 330140220024 | YOUR REFERENCE NUMBER: 1:14-bk-10868-VK |

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Enclosed please find the Order Granting Motion to Avoid Lien for the above referenced.
Please return all monies in your possession back to Defendant/Debtor Emily Ann Bayley
Lequire.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

EXHIBIT "E"

# SIMON RESNIK HAYES LLP

### ATTORNEYS AT LAW

Kevin T. Simon* APLC
Matthew D. Resnik APC
M. Jonathan Hayes** APC

Russell J. Stong, III
S. Renée Sawyer Blume
Donna R. Dishbak
Roksana D. Moradi

** Certified Bankruptcy Specialist

Admitted in
 * California and Colorado
** California and New York
 + California and Wisconsin

**15233 VENTURA BOULEVARD
SUITE 250
SHERMAN OAKS, CALIFORNIA 91403**

**Telephone: (818) 783-6251
Facsimile: (818) 783-6253
www.srhlawfirm.com**

David M. Kritzer
Corinne B. Elfassi
Heather J. Canning ++
Carolyn M. Afari
Stephanie A. Zoet

Of Counsel
Karen A Dion +
Christopher J. Langley

April 22, 2014

**VIA FACSIMILE (310) 636-4771 AND U.S. MAIL**

Clark Garen
The Law Offices of Clark Garen
6700 S. Centinela Ave., 3rd Floor
Culver City, CA 90230

> **Re:**     **Bayley, Emily Ann. – Violation of Stay – Notice to Release Levy**
> **Chapter 13 Case No.: 1:14-bk-10868-VK**

Dear Mr. Garen:

This letter is to advise you that you are in willful violation of the Automatic Stay provided by Ms. Bayley's bankruptcy case filed on February 20, 2014. (see attached) Per the phone conversation today with your staff our office, you indicated that you would not instruct the Sheriff to release the bank levy and that you have been aware of Ms. Bayley's bankruptcy you were notified by our office on February 10, 2014.

The levy is in violation of § 362(a)(6) of the Bankruptcy Code. This section states that "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case" will be a violation of the automatic stay.

Section 362(k)(1) delineates the penalties that will arise: "an individual injured by any willful violation of a    stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

**If a letter is not sent to the Sheriff's Department to release the levy within the next 48 hours, we will file a § 362(k) violation of the automatic stay motion with the court to recover attorney's fees and sanctions.**

Upon the submission of a Release of Levy to the Sheriff's Department, please send me a copy of the updated release via fax to (818) 783-6253 and please contact our office to let us know that the release was sent.

Sincerely,

Donna Dishbak, Esq.

### LOS ANGELES OFFICE

Enclosure

2/20/2014

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

United States Bankruptcy Court
Central District Of California

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 13 of the United States Bankruptcy Code, entered on
02/20/2014 at 10:53 AM and filed on 02/20/2014.

**Emily Ann Bayley**
1466 Calle Morera
Thousand Oaks, CA 91360
SSN / ITIN: xxx-xx-7337
*aka* **Emily Ann Bayley-Lequire**
*aka* **Emily A Bayley-Lequire**

The case was filed by the debtor's attorney:          The bankruptcy trustee is:

**Kevin T Simon**                                      **Elizabeth (SV) F Rojas (TR)**
Simon Resnik Hayes LLP                                 Noble Professional Center
15233 Ventura Blvd Ste 250                             15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403                                 Sherman Oaks, CA 91403
818-783-6251                                           818-933-5700

The case was assigned case number 1:14-bk-10868-VK to Judge Victoria S. Kaufman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist
at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell
Clerk, U.S. Bankruptcy
Court**

# SIMON RESNIK HAYES LLP

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO<br>Clark Garen | FROM<br>Maria Escobar |
| COMPANY<br>Law Offices of Clark Garen | DATE<br>APRIL 22, 2014 |
| FAX NUMBER<br>310-636-4771 | TOTAL NO. OF PAGES INCLUDING COVER<br>3 |
| PHONE NUMBER<br>310-391-0800 | SENDER'S REFERENCE NUMBER |
| RE<br>The Best Service Co vs. Emily A. Bayley-Lequire<br>Case#: 56-2011-00397702-CL-CL-VTA<br>Levy Officer File #: 330140220024 | YOUR REFERENCE NUMBER<br>1:14-bk-10868-VK |

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS

The enclosed is self explanatory.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

Maria Escobar
Assistant to Kevin T. Simon, Esq.

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                                    TIME  : 04/22/2014 14:07
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROE2J370117
```

```
┌──────────────────────────────────────────────────────────────────────┐
│    DATE,TIME                        04/22  14:06                        │
│    FAX NO./NAME                     13106364771                         │
│    DURATION                         00:00:38                            │
│    PAGE(S)                          03                                  │
│    RESULT                           OK                                  │
│    MODE                             STANDARD                            │
│                                     ECM                                 │
└──────────────────────────────────────────────────────────────────────┘
```

# SIMON RESNIK HAYES LLP

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Clark Garen | FROM: Maria Escobar |
| COMPANY: Law Offices of Clark Garen | DATE: APRIL 22, 2014 |
| FAX NUMBER: 310-636-4771 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 310-391-0800 | SENDER'S REFERENCE NUMBER: |
| RE: The Best Service Co vs. Emily A. Bayley-Lequire Case#: 56-2011-00397702-CL-CL-VTA Levy Officer File #: 330140220024 | YOUR REFERENCE NUMBER: 1:14-bk-10868-VK |

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

The enclosed is self explanatory.

Feel free to contact this office if there are any remaining questions or concerns.

Sincerely,

EXHIBIT "F"

APR-22-2014  15:29   PCC                                                  13106364771   P.02

# Law Offices of
# CLARK GAREN
Salaried Employees of
The Best Service Co. Inc.

Clark Garen

Greg Lawrence

April 22, 2014

SIMON RESNIK HAYES LLP
Att: Donna Dishbak
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403

Re: Best Service Co. v Emily Ann Bayley

(Via facsimile 818 783 6253)

Dear Ms. Dishbak:

Please be advised that I am counsel for The Best Service Co. Inc.

On January 27, 2014, Judgment Debtor Emily Ann Bayley's bank was served with a levy filed by Judgment Creditor, The Best Service Co. Inc.. Thereafter on February 20, 2014, judgment debtor filed Chapter 13 Bankruptcy. Thereafter, Judgment Creditor notified the Los Angeles County Sheriff of the Automatic Stay.

Pursuant to the Notice of Automatic Stay all creditor actions are heretofore stayed unless relief is granted pursuant to an order issued by the United States Bankruptcy Court or Section 362 therein and the Sheriff is required to hold any funds recovered from the levy of the Judgment Debtors' bank accounts pending disposition of the bankruptcy or further instructions from the bankruptcy trustee or Los Angeles County Sheriff.

The funds being held by the Sheriff are now the property of the Bankruptcy Trustee. Judgment Creditor has no authority, under Section 362(a)(6), to instruct the Sheriff to release the funds, as you demanded and is not in violation of the Automatic Stay Order.

Respectfully,

Greg Lawrence

6700 S. Centinela Ave., Third Floor, Culver City, CA 90230 • 310.391.0800 • Fax 310.636.4771

APR-22-2014  15:29    PCC                                                13106364771    P.01

Greg Lawrence, Attorney at Law
Assistant General Counsel
Professional Collection Consultants
& The Best Service Co. Inc.
6700 S. Centinela Ave. 3rd Floor
Culver City, CA 90230
310 391 0800 ext.105 (Office)
310 636-4771 (Facsimile)
Email: glawrence53@aol.com

:

# Fax

| | | | |
|---|---|---|---|
| TO: | DONNA DISHBAK | From: | GREG LAWRENCE |

| | | | |
|---|---|---|---|
| Fax: | 818 783 6253 | Pages: | 2 |
| Phone: | | Date: | April 22, 2014 |
| Re: | BEST SERVICE V EMILY ANN BAYLEY | CC: | |

☐Urgent    ☐ Please Comment    ☐ Please Reply    ☐ Please Review

**PERSONAL AND CONFIDENTIAL**
The information contained in this facsimile and attached document(s) is/are confidential and also legally privileged as to the sender and the recipient of the matter. This information is solely intended for the use of the individual or entity to whom it is addressed. If you are not the addressee, or the employee or agent responsible to deliver this facsimile to its intended recipient, you are hereby notified that any review, use, dissemination, distribution, disclosure, copying or taking of any action in reliance on the contents of this information is strictly prohibited and violation thereof is subject to legal liabilities pursuant to applicable laws. If you have received this communication in error, please notify us by telephone to arrange for the return of the documents to this office.

| In re: | | CHAPTER: 13 |
|---|---|---|
| EMILY ANN BAYLEY | | |
| | Debtor(s) | CASE NUMBER: 1:14-bk-10868-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**15233 Ventura Boulevard, Suite 250, Sherman Oaks, CA  91403**

A true and correct copy of the foregoing document entitled **MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500.00 BE AWARDED TO THE DEBTOR; DECLARATIONS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 28, 2014</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Elizabeth (SV) F Rojas (TR)**      cacb_ecf_sv@ch13wla.com
**United States Trustee (SV)**      ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On <u>April 28, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>April 28, 2014</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge's Copy:
Honorable Victoria S. Kaufman
21041 Burbank Boulevard
Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 28, 2014 | Maria Diaz | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER: 13 |
| EMILY ANN BAYLEY | | |
| | Debtor(s). | CASE NUMBER: 1:14-bk-10868-VK |

## CONTINUED SERVICE LIST

**Debtor**
Emily Ann Bayley
1466 Calle Morera
Thousand Oaks, CA 91360

**The Best Service Co., Inc. (Entity Address)(Certified Mail)**
Attn: Roger Milstein, Presidnet
12601 Venice Blvd.
Los Angeles, CA 90066

**Agent for Service of Process for The Best Service Co., Inc. (Certified Mail)**
Mir Samd Hatami
1342 10th Street, #204
Santa Monica, CA 90401

**The Best Service Co., Inc. (Recorded Abstract)(Certified Mail)**
Attn: Greg Lawrence, Esq.
Lawrence & Lawrence, A Law Corp.
10780 Santa Monica Blvd., Suite 140
Los Angeles, CA 90025

**The Best Service Co., Inc. (Claim)(Certified Mail)**
Attn: Gary Condon
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230

**Counsel for The Best Service Co., Inc. (Certified Mail)**
The Law Offices of Clark Garen
Attn: Clark Garen, Esq.
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**